NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN S. RHINE, | ) | No. C 07-4726 JF (PR) |
| | ) | |
| Plaintiff, | ) | ORDER OF TRANSFER |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN CRC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action

pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement at the

California Mens Colony in San Luis Obispo, California. Because the acts complained of

occurred in San Luis Obispo County, which lies within the venue of the Central District

of California, venue properly lies in that district and not in this one. See 28 U.S.C.

§ 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court

for the Central District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate

any pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: 9/19/07 _____

_____
JEREMY FOGEL
United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.07\Rhine726trans                    1

1   A copy of this ruling was mailed to the following:

2

    John S. Rhine
3   F-25840
    California Mens Colony -West
4   P.O. Box 8101
    San Luis Obispo, CA  93401
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\pro-se\sj.jf\cr.07\Rhine726trans          2